AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CINDY J. MEYER,

          Plaintiff,

    v.

WEST VALLEY SCHOOL DIST. NO. 363, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-11-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Summary Judgment Motion filed by West Valley School District No. 363, Paula M. Jeffries, and Douglas Matson is granted. Judgment is entered in favor of West Valley School District No. 363, Paula M. Jeffries, and Douglas Matson and against Cindy J. Meyers.

February 23, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson